**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS M. LISOWSKI, | : | Civil No. 3:26-cv-1506 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT BOHINSKI, *et al.*, | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this 4th day of September, 2026, upon consideration of the petition for a writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Respondents' motion (Doc. 17) to dismiss the habeas petition as untimely and for failure to exhaust state court remedies is **DENIED**; however, the petition for writ of habeas corpus (Doc. 1) is **DENIED** for the reasons set forth in the accompanying Memorandum.

2. The remaining pending motion (Doc. 18) **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge